BUCHALTER NEMER
A Professional Corporation
DEBRA DEEM (SBN: 89183)
FARAH P. BHATTI (SBN: 218633)
JASON E. GOLDSTEIN (SBN: 207481)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: ddeem@buchalter.com
Email: fbhatti@buchalter.com
Email: jgoldstein@buchalter.com

Attorneys for Plaintiff
HAAS AUTOMATION, INC.



FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN DENNY, an individual, ASI MACHINE AND SUPPLY, an unknown entity, CNCPROS.NET, Inc., an Idaho Corporation, AUTOMATED SOLUTIONS, INC, an Idaho Corporation, CNCLISTINGS, LLC, an Idaho Corporation, and Does 1-10 inclusive <br><br> Defendants. | Case No. CV12- 04779 DMG ITENX <br><br> **Complaint for:** <br><br> **1. Violation of the Anticybersquatting Consumer Protection Act;** <br><br> **2. Copyright Infringement;** <br><br> **3. False Designation in Interstate Commerce;** <br><br> **4. Unfair Business Practices Pursuant to California Business and Professions Code §17200; and** <br><br> **5. False Advertising Pursuant to California Business and Professions Code §17500.** |

Plaintiff HAAS AUTOMATION, INC. ("Haas") alleges:

This is a case of registration of 24 confusingly similar domain names by the same group of cybersquatters against whom Haas was awarded judgment after a jury trial in a U.S. District Court action in April 2011. These defendants never

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 11309681V3

1

1   stopped their nefarious ways and are still cybersquatting, not to mention allowing

2   links to pornographic materials, forcing Haas to file this action to seek protection

3   for these 24 additional domain names.

## JURISDICTION AND VENUE

6       1.      This action is for violation of the Anticybersquatting Consumer

7   Protection Act ("ACPA"), and false designation in interstate commerce. This Court

8   has jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a)

9   in that this case arises under the laws of the United States pursuant to the Lanham

10  Act, 15 U.S.C. 1051 *et seq.*

11      2.      This Court has supplemental jurisdiction over the claims herein arising

12  under the laws of the State of California pursuant to 28 U.S.C. §§ 1338(b) and 1367

13  because the claims are so related to Plaintiff's federal claims that they form part of

14  the same case or controversy under Article III of the United States Constitution.

15      3.      Venue is properly asserted against Defendants BRIAN DENNY, ASI

16  MACHINE AND SUPPLY, CNCPROS.NET, Inc., AUTOMATED SOLUTIONS,

17  INC., CNCLISTINGS, LLC and DOES 1 through 10 (collectively "Defendants"),

18  in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or

19  omissions giving rise to the claims herein arose in this District.     In addition,

20  Defendants regularly conduct business via the Internet in California, therefore, they

21  maintain the requisite minimum contacts to be subject to personal jurisdiction in

22  California under 28 U.S.C. § 1391(c).

## PARTIES

24      4.      Haas is a corporation duly organized and existing under the laws of the

25  State of California and has a principal place of business at 2800 Sturgis Road,

26  Oxnard, California 93030. Haas is now, and for many years has been, engaged in

27  the business of providing goods and services in the field of computer numerically

28  controlled machines throughout the United States and worldwide.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1130968 1V3

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1  |  5.      Haas is informed and believes, and based thereon alleges, that
2  |  Defendant BRIAN DENNY ("Denny") is an individual residing in Idaho and
3  |  conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642.
4  |
5  |         6.      Haas is informed and believes, and based thereon alleges, that
6  |  Defendant ASI MACHINE AND SUPPLY, ("ASI") is a purported business entity,
7  |  though not formally organized or registered with any state, and conducts business at
8  |  1582 E. Bramble Lane, Meridian, Idaho, 83642.
9  |         7.      Haas is informed and believes, and based thereon alleges, that
10 |  Defendant CNCPROS.NET, Inc. ("CNCPROS") is an Idaho corporation,
11 |  conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642.
12 |         8.      Haas is informed and believes, and based thereon alleges, that
13 |  Defendant AUTOMATED SOLUTIONS, INC. ("Automated Solutions") is an
14 |  Idaho corporation, conducting business at 1582 E. Bramble Lane, Meridian, Idaho,
15 |  83642.
16 |         9.      Haas is informed and believes, and based thereon alleges, that
17 |  Defendant CNCLISTINGS, LLC ("CNCListings") is an Idaho corporation,
18 |  conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642.
19 |         10.     Haas is informed and believes, and based thereon alleges, that Denny
20 |  is the President of Automated Solutions, the President of CNCPROS, and the owner
21 |  of ASI.
22 |         11.     Haas is informed and believes, and based thereon alleges, that
23 |  Automated Solutions is a member or manager of CNCListings and that Brian
24 |  Denny signed the Certificate of Organization on behalf of Automated Solutions in
25 |  the CNCListings Idaho filing.
26 |         12.     Haas is informed and believes and based thereon alleges that Does 1
27 |  through 10 are the agents, successors, employees, or otherwise responsible parties
28 |  for Denny, ASI, Automated Solutions, CNCPROS and CNCListings.

13.  Haas is one of the largest builders and manufacturers of computer numerically controlled ("CNC") machine tools in the Western World.  Over the past twenty-eight years, Haas has built a family of trademarks and service marks under which it labels, advertises, offers for sale and sells its CNC goods and services throughout the United States and the world (the "Haas Marks").

## DEFENDANTS' WRONGFUL CONDUCT

14.  In November 2009, Haas filed a complaint in the United States District Court for the Central District of California, Case No. 09-CV-08336-CBM, against defendants (the same defendants sued herein, except CNCListings) for violations of the ACPA and other claims, due to their wrongful use of seven domain names (the "2009 Litigation").  After filing the 2009 Litigation, Haas discovered that the defendants had wrongfully registered eight more domain names.  Haas amended its complaint to include those additional domains, for a total of fifteen domain names wrongfully used by those defendants.  In April 2011, the 2009 Litigation was tried and the jury found defendant Brian Denny guilty of violating the ACPA on five of the confusingly similar domain names.  Copies of the Civil Minutes reflecting the jury's verdict and the Judgment in the 2009 Litigation are attached hereto as collective **Exhibit "1".**

15.  In October 2010, through the defendants' discovery responses in the 2009 Litigation, Haas discovered that Defendants had also registered the following domains in March 2009:  *haasballscrews.com, haascables.com, haascovers.com, haasmotors.com,    haasrotaries.com,    haasservos.com,    haasspindles.com, haassupport.com,  haashelp.com,  haasdeals.com  and  haascncparts.com.*  In addition, the following domains were registered in July 2010:  *haasbearings.com, haasinverters.com, haaslubrication.com, haasmonitors.com, haaspowersupplies.com,  haaspumps.com,  haasvalves.com,  haasrentals.com,  haasmillparts.com, haaslatheparts.com.*  These domains are collectively referred to herein as the

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1130968V3

"Infringing Domain Names." The Infringing Domain Names were not included in the 2009 Litigation.

16. On May 18, 2010 and July 13, 2010, Haas sent cease and desist letters to the registrant of the domain *haasrotaries.com* demanding that the registrant immediately cease use of and transfer the Infringing Domain Name to Haas, and that the domain registrant desist from future registration and use of any confusingly similar mark or domain thereof. The registrant of the domain was listed as "Domains by Proxy, Inc." Haas received no response to its cease and desist letters. When Haas received the Defendants' discovery responses in the 2009 Litigation (on October 12, 2010), Haas learned that the domain had been registered by Defendants.

17. On September 9, 2010, Haas sent a cease and desist letter to the registrant of the domain *haaslatheparts.com* demanding that the registrant immediately cease use of and transfer the Infringing Domain Name to Haas, and that the domain registrant desist from future registration and use of any confusingly similar mark or domain thereof. The registrant of the domain was listed as "haaslatheparts.com Private Registrant." Haas received no response to its cease and desist letter. When Haas received the Defendants' discovery responses in the 2009 Litigation (on October 12, 2010), Haas learned that the domain had been registered by Defendants.

18. On September 9, 2010, Haas sent a cease and desist letter to the registrant of the domain *haasmillparts.com* demanding that the registrant of the domain immediately cease use of and transfer the Infringing Domain Name to Haas, and that the domain registrant desist from future registration and use of any confusingly similar mark or domain thereof. The registrant of the domain was listed as "haasmillparts.com Private Registrant." Haas received no response to its cease and desist letter. When Haas received the Defendants' discovery responses

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1130968 V3

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1   (on October 12, 2010), Haas learned that the domain had been registered by

2   Defendants.

3        19.   Upon receiving Defendants' discovery responses in the 2009

4   Litigation on October 12, 2010, Haas found that many of the domain names newly

5   disclosed by Defendants resolved to active websites with a "Coming Soon" page

6   which purported to sell Haas parts and included a photograph of a Haas VF-2

7   machine, the copyright for which picture is owned and registered by Haas

8   (hereinafter referred to as the "Photograph"). Upon being questioned about the use

9   of a copyrighted Photograph during deposition, Defendants thereafter removed the

10  Photograph from their websites.

11       20.   In May 2011, Haas filed a UDRP complaint with the National

12  Arbitration Forum against Defendant Brian Denny and CNCListings for the

13  following domain names: *haasballscrews.com, haascables.com, haascovers.com,*

14  *haasmotors.com, haasrotaries.com, haasservos.com, haasspindles.com,*

15  *haassupport.com, haashelp.com, haasdeals.com, haasbearings.com,*

16  *haasinverters.com, haaslubrication.com, haasmonitors.com, haaspowersupplies.c*

17  *om, haaspumps.com, haasvalves.com, haasrentals.com, haasmillparts.com,*

18  *haaslatheparts.com, allhaas.com.* The National Arbitration Forum panelist found

19  in favor of Haas and ordered transfer of the domain names to Haas.

20       21.   Haas recently learned that Defendants registered the domain

21  *haasplus.com* on April 8, 2011, just a few days before the trial in the 2009

22  Litigation, and they registered *all-haas.com* on September 29, 2011. Each of these

23  domains is included in the term "Infringing Domain Names" as used herein.

24       22.   Defendants' *haasplus.com* website is active and displays a purported

25  replacement part for Haas machines. Defendants note on the webpage: "Haas

26  replacement part for Haas machines. Defendants note on the webpage: "Haas

27  replacement parts . . . not made in China! How's that for a concept?!!" Defendants

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1  includ the Haas registered logo on their website. Attached hereto as **Exhibit "2"** is

2  a copy of the website as it appeared on April 25, 2012.

3     23.    Haas is informed and believes that at the time this suit is filed, the

4  Defendants' domain ***all-haas.com*** is active and resolves to a webpage which

5  purports to be "Your largest single source for used Haas CNC vertical machining

6  centers." Attached hereto as **Exhibit "3"** are copies of the website. The website

7  displays pictures of the machines of Haas' competitor, Fadal. The website also

8  provides a "forum" section link which is accessible at ***allhaas.econsolitions.net***

9  which directs the user to another website populated with links from third parties,

10  many of which link to pornographic material. Attached hereto as collective

11  **Exhibit "4"** are samples from the website to which the forum link transferred the

12  user and samples of the linked pornographic materials as they appeared on

13  December 16, 2011. The rest of the pornographic pictures, approximately 344

14  pages of highly offensive images, are not included as exhibits due to their

15  extremely graphic and disturbing nature.

16     24.    Defendants' registration of the 24 confusingly similar Infringing

17  Domain Names containing the terms "Haas" and "CNC" and other generic words

18  that describe Haas' goods, parts and services, and their use and maintenance of the

19  Infringing Websites, is done in bad faith, and with an intent to profit therefrom.

20  These actions are the basis of this suit. The 24 Infringing Domain Names that are

21  the subject of this action are listed on **Exhibit "5"** hereto.

22  <u>**THE HAAS MARKS AND HAAS DOMAIN NAME**</u>

23     25.    Through extensive and continuous use, Haas owns many trademark

24  registrations (and common-law variations) with the term Haas, used on and in

25  connection with CNC machines and services, including the following:

26

27

28

| MARK | DATE FILED | DATE REGISTERED | REGISTRATION NUMBER | DATE OF FIRST USE |
|---|---|---|---|---|
|  | 11/03/2000 | 05/28/2002 | 2,573,776 | 07/07/1983 |
| HAAS AUTOMATION | 11/03/2000 | 05/28/2002 | 2,573,775 | 07/07/1983 |
| HAAS FACTORY OUTLET | 07/27/2007 | 11/18/2008 | 3,533,101 | 03/01/1998 |
| HAAS FACTORY OUTLET | 07/27/2007 | 10/14/2008 | 3,514,894 | 03/01/1998 |

Haas' registrations are valid and subsisting.

26. Haas registered the Haas Domain *haascnc.com* on June 10, 1996. Since 2001, Haas has actively maintained its website at that address (the "Haas Website") to advertise and provide information regarding its CNC goods and services offered under the Haas Marks.

27. Since as early as July 7, 1983, Haas has continuously used, advertised, offered for sale, and/or sold, in interstate commerce, Haas' goods and services under the Haas Marks throughout the United States through various channels of trade, including but not limited to the Internet and the Haas Website.

28. Haas' actual and intended classes of consumers throughout the United States are end users seeking CNC machines and services.

29. Haas has devoted substantial time, effort and resources in the establishment of the good will, consumer recognition, and nationwide reputation of the Haas Marks.

30. Haas has also expended significant resources to advertise its CNC goods and services under the Haas Marks, throughout the United States in multiple media, including but not limited to the Internet and the Haas Website.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

31.   The Haas Marks have acquired secondary distinctiveness and are famous within the meaning of 15 U.S.C. §1125(c). Haas has not abandoned any of the Haas Marks.

## HAAS COPYRIGHTED PHOTOGRAPHS

32.   On or about May 10, 2010, and long before the acts of the Defendants complained of in this Complaint, Haas created photographs of its VF 2, TL1 CE, TL 1, ST 10 and EC 300 machines (hereinafter the "Copyrighted Works") to facilitate its own marketing, advertising, distribution and other purposes.

33.   The Copyrighted Works have been widely used by Haas to promote its VF2, TL1 CE, TL 1, ST 10 and EC 300 machines.

34.   Haas is the sole owner of all intellectual property rights in and to the Copyrighted Works.

## FIRST CLAIM FOR RELIEF

## Violation of the AntiCybersquatting Consumer Protection Act Under 15 U.S.C. § 1125(d)

35.   Haas realleges each and every allegation in paragraphs 1 through 34 above as though set forth in full herein.

36.   Defendants registered the Infringing Domain Names through GoDaddy.Com and DreamHost. Haas is informed and believes and thereon alleges that Defendants identified Brian Denny, CNCPROS.Net and CNCListings as the administrative, technical and/or billing contact for the Infringing Domain Names, or registered them as a Private Registrant. Attached hereto as collective **Exhibit "6"** are copies of reports from the GoDaddy.Com Whois database identifying the date of registration, registrant, and contact information relating to the Infringing Domain Names.

37.   Defendants have trafficked in and used the Infringing Domain Names in bad faith and with the intent to profit. The Infringing Domain Names have

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1    resolved to Infringing Websites for which, upon information and belief, Defendants

2    have generated income for displaying the sponsored links which have diverted

3    Internet users to the websites of competing CNC goods and service providers.

4    Defendants have generated income through actual use of the domains to sell Haas

5    goods and parts. On information and belief, Defendants have generated income by

6    allowing third-party links to pornographic material for which Defendants have

7    obtained financial benefit.

8

9           38.    The Infringing Domain Names are confusingly similar to one or more

10   of the distinctive Haas Marks because they contain the term "Haas" in various

11   combinations including the term "CNC", similar to the Haas Marks and Haas'

12   official domain name, haascnc.com. The Infringing Domain Names also combine

13   the Haas trademark with generic terms that are used in Haas' machines or are parts

14   for Haas' machines.

15          39.    Defendants registered the Infringing Domain Names years after one or

16   more of the Haas Marks had become distinctive.

17          40.    Defendants registered several of the Infringing Domain Names after

18   being put on notice of the infringement and after the 2009 Litigation was filed by

19   Haas against Defendants. The Infringing Domain Names were filed during the

20   pendency of the 2009 Litigation, one was filed just days before trial, and one was

21   filed after judgment in Haas' favor.

22          41.    Haas is informed and believes and thereon alleges that Defendants

23   have no intellectual property rights in the name "Haas" or any priority of use of the

24   name that could be superior to Haas' rights in the Haas Marks. In fact, the jury in

25   the 2009 Litigation specifically found that Defendant Denny was a cybersquatter on

26   five of the fifteen domains at issue.

27          42.    Defendants' bad faith is evidenced by:

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1       A.      Their intent to commercially gain from confusing Haas'
2   consumers seeking CNC goods and services by registering and utilizing the
3   confusingly similar Infringing Domain Names, through their previous use of a
4   copyrighted photograph of a Haas machine on some of the websites, and through
5   their use of Haas' logo on the *haasplus.com* website.
6       B.      Their diversion of Haas' consumers seeking CNC goods and
7   services to competitor websites, or by featuring photographs of competitor
8   machines, even though Defendants purport to sell Haas machines. These actions
9   create a likelihood of confusion as to the source, sponsorship, affiliation, and/or
10  endorsement of the goods or services by or with Haas.
11      C.      Defendant Denny's continuous registration of domain names
12  during the pendency of the 2009 Litigation.
13      D.      Denny's deposition testimony in the 2009 Litigation denying
14  receipt of a cease and desist letter from Haas' competitor, Fadal, for similar
15  violations of the Fadal trademark. In fact, Denny had received a cease and desist
16  letter and Fadal filed suit in federal court against Denny for trademark infringement
17  in circumstances similar to those alleged here. A copy of Denny's excerpted
18  deposition testimony in the 2009 Litigation is attached hereto as **Exhibit "7."**
19  Copies of the cease and desist letter and complaint filed by Fadal against Denny are
20  attached hereto as **Exhibit "8."**
21      E.      The provision of many links containing the Haas name, as
22  referenced in **Exhibits "4" and "5,"** which resolved to websites providing
23  information that in many instances was false and forwarded users to competitor's
24  websites, not authorized or endorsed by Haas, which featured Haas' copyrighted
25  Photograph, or which featured pornographic material.
26      F.      The fact that in July 2010, Defendants, well after the institution
27  of the 2009 Litigation, registered more domains featuring the Haas trademark, used

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1130968IV3

a copyrighted Haas Photograph on their websites, continued to register infringing domain names immediately before trial and even after the jury found Defendant Denny to be a cybersquatter.

G.    Defendants' use of the Copyrighted Works on their websites.

43.    Haas has suffered and will continue to suffer irreparable injury from Defendants' registration, trafficking in, and use of the Infringing Domain Names and the Infringing Websites.  Haas is entitled to the relief provided for under the Lanham Act and the ACPA.

## SECOND CLAIM FOR RELIEF

## Copyright Infringement Under 17 U.S.C. §§101, et seq.

44.    Haas realleges each and every allegation in paragraphs 1 through 43 as though set forth in full herein.

45.    Haas created the photographs that are featured on Defendants' Infringing Website **all-haas.com**, as shown herein at **Exhibit "3."**  The photographs shown on Exhibit "3" are referred to herein as the "Copyrighted Works."

46.    As of May 4, 2012, the Registrar of Copyrights issued certificates for the Copyrighted Works.  The certificates bear the following registration numbers:

| Title | Copyright Registration No. |
|---|---|
| VF-2 | VA0001812620 |
| TL1 | VA0001812618 |
| TL1 CE | VA0001813399 |
| ST 10 | VA0001812619 |
| EC 300 | VA0001812616 |

COMPLAINT

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1130968lV3

1    True and correct copies of the Certificates are attached hereto as collective

2    **Exhibit "9."**

3

4        47.    Haas' federally registered copyright registrations for the Copyrighted

5    Works cover works that have been printed, published, and bound in conformance

6    with the Copyright Act of 1909, the Copyright Act of 1976, and all other laws

7    governing copyrights.

8        48.    Haas has been and is the holder of all exclusive rights under the

9    Copyright Act, 17 U.S.C. §§101, *et seq.*, and all amendments thereto, to reproduce,

10   distribute and otherwise exploit the content of the Copyrighted Works through the

11   United States and the world.

12       49.    Since May 10, 2010, with authorization of Haas, the Copyrighted

13   Works have been printed, reproduced, published and distributed throughout the

14   United States and all copies made by Haas or its licensees under Haas' authority or

15   license have been made and published in strict conformity with the provisions of 17

16   U.S.C. §§401 and 409, *et seq.*, and all other laws governing federal copyright.

17   Haas has been and still is the sole proprietor of all rights, title and interest in and to

18   the copyrights to the Copyrighted Works. Since May 10, 2010, by reason of the

19   vast publication and dissemination of the photographs, Defendants have had access

20   to the Copyrighted Works.

21       50.    On or about April 30, 2012, Haas learned that Defendants were using

22   the Copyrighted Works on their website to promote the sale of Haas goods. The

23   Copyrighted Works are prominently featured on the Infringing Website, *all-*

24   *haas.com*, pertinent copies of which are attached hereto as collective **Exhibit "10."**

25       51.    Upon information and belief, Defendants' products are distributed in

26   interstate commerce. Upon information and belief, Defendants have copied and

27   continue to copy the Copyrighted Works and use them on their Infringing Website,

28   *all-haas.com*. Defendants have infringed Haas' copyrights in the Copyrighted

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

Works by causing the Copyrighted Works to be distributed and displayed without Haas' consent.

52. Defendants' use of Haas' Copyrighted Works on the Infringing Website, *all-haas.com*, constitutes unauthorized reproduction and distribution of copyrighted material, and the display, for advertising purposes or otherwise, constitutes unauthorized public display of the copyrighted material.

53. Upon information and belief, Defendants' infringement of the Copyrighted Works has been and continues to be carried out with Defendants' full knowledge that such elements are protected by copyrights, particularly since this issue was raised in the 2009 Litigation. In doing the acts complained of, Defendants have willfully and intentionally infringed Haas' copyright in and to the Copyrighted Works.

54. Haas has sustained and will continue to sustain actual damages because, among other things, Haas' goodwill has been damaged as a result of Defendants' infringement of Haas' Copyrighted Works. Haas is also entitled to Defendants' profits from the use of the Copyrighted Works.

55. Defendants' acts have caused and will continue to cause substantial irreparable harm to Haas unless further infringement by Defendants is enjoined.

56. As a direct and proximate result of Defendants' unauthorized use of Haas' Copyrighted Works, Haas has been damaged in an amount subject to proof at trial. Upon information and belief, Defendants have received profits and advantages as a result of their infringing acts as alleged herein.

57. As a direct and proximate result of Defendants' conduct, Haas believes that no amount of monetary relief could adequately compensate it for Defendants' wrongful conduct. As a result, the Court should enjoin and restrain Defendants from committing any such further wrongful conduct.

BUCHALTER NEMER A PROFESSIONAL CORPORATION IRVINE

## THIRD CLAIM FOR RELIEF

### False Designation In Interstate Commerce Under 15 U.S.C. §1125(A)

58.    Haas realleges each and every allegation in Paragraphs 1 through 57 above as though set forth in full herein.

59.    Defendants' acts constitute a false designation of origin, and a false or misleading description and representation of fact, which is likely to cause consumers to be confused, mistaken or deceived as to the origin or sponsor of the goods and services that have been or are being offered either directly, via the sponsored links displayed on the Infringing Websites, or through other links on the websites, including those in the forum section of the *all-haas.com* website. Defendants committed these acts with the intent to cause consumers to be confused, mistaken or deceived as to the source and origin of the CNC machines and related services displayed on the Infringing Websites, and to trade off Haas' name and the Haas Marks.

60.    Haas has suffered and will continue to suffer irreparable injury from the Infringing Websites and Defendants' maintenance of further Infringing Websites, and the misappropriation and infringement of the Haas Marks.  Haas is entitled to relief pursuant to the Lanham Act.

### FOURTH CLAIM FOR RELIEF

### Unfair Practices Under California Business and Professions Code §17200

61.    Haas realleges each and every allegation in Paragraphs 1 through 60 above as though set forth in full herein.

62.    Defendants' acts as alleged herein, including violation of the Anti-Cybersquatting Consumer Protection Act and the Lanham Act, constitute acts of unfair competition within the meaning of California Business and Professions Code §§ 17200, et seq.  Haas has no speedy or adequate remedy at law because Defendants' wrongful, unlawful and fraudulent acts have caused and will continue to cause irreparable injury to Haas.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

63.   Defendants committed the acts alleged herein with the intent to trade off Haas' name and the Haas Marks.

64.   Defendants committed the acts alleged herein with the intent to cause consumers to be confused, mistaken or deceived as to the source and origin of the CNC machines and services displayed on the Infringing Websites.

65.   Defendants' acts were committed with the intent to pass off and palm off CNC machine and services providers as authentic Haas products and services, which improperly implied that they were the goods and services of Haas, with the intent to deceive and defraud the consuming public.

66.   Haas has suffered and will continue to suffer irreparable injury from Defendants' maintenance of the Infringing Websites and the misappropriation and infringement of the Haas Marks.  Haas is therefore entitled to all relief available under the laws of the State of California, including but not limited to an award of its attorneys' fees incurred and expended in protecting these rights, in an amount according to proof.

<u>**FIFTH CLAIM FOR RELIEF**</u>

<u>**For Relief False Advertising Pursuant to California Business and Professions**</u>
<u>**Code §17500**</u>

67.   Haas realleges each and every allegation in Paragraphs 1 through 66 above as though set forth in full herein.

68.   By displaying the sponsored links, Defendants have advertised CNC machine tools and services in the United States under the Infringing Domain Names which included the term "Haas."

69.   This use of the term "Haas" is a false designation of origin and a false or misleading description and representation of fact likely to cause consumers to be confused, mistaken or deceived as to the origin, affiliation, sponsorship, or approval of the CNC machine tools and services advertised on the Infringing Websites by or with Haas.

COMPLAINT

BUCHALTER NEMER
A Professional Corporation
Irvine

BN 11309681V3

70.   Haas has suffered and will continue to suffer irreparable injury from Defendants' continued maintenance of the Infringing Websites and the misappropriations and infringement of the Haas Marks.  Haas is entitled to relief pursuant to the laws of the State of California under Business and Professions Code § 17500.

## PRAYER FOR RELIEF

Wherefore, Haas prays for judgment against Defendants, and each of them, as follows:

1.   For a permanent injunction ordering Defendants, their agents, servants, employees, attorneys and all persons in active concert or participation with Defendants to refrain from using the Copyrighted Works, the Photograph or the name or mark Haas or any other mark or corporate name identical to or substantially similar to Haas, infringing the Haas Marks, describing their goods or services as Haas or anything substantially similar thereto, or diluting or injuring the reputation of Haas or the Haas Marks;

2.   For damages in the amount of three times Defendants' profits, as determined by the Court, and attorneys' fees pursuant to 15 U.S.C. 1117(b);

3.   If exceeding treble Defendants' profits, for maximum statutory damages of $2,400,000 ($100,000 for each of the 24 domain names) pursuant to 15 U.S.C. 1117(d), including those domains which Defendants previously registered and which Haas acquired through the UDRP proceedings;

4.   An award for the damages that Haas has sustained or will sustain due to Defendants' copyright infringement and all profits derived by Defendants from such conduct, or in lieu thereof, should Haas so elect, such statutory damages as the Court deems proper as provided in 17 U.S.C. §504(c), including damages for willful infringement for each act of copyright infringement;

5.    For general damages in an amount not yet known, plus interest pursuant to applicable law;

6.    For costs of suit incurred herein; and

7.    For such other and further relief as this Court deems just and proper.

DATED: May 29, 2012

BUCHALTER NEMER
A Professional Corporation

By:  DEBRA DHEM
FARAH P. BHATTI
JASON E. GOLDSTEIN
Attorneys for Plaintiff
HAAS AUTOMATION, INC.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1130968 1V3

COMPLAINT

18

BN 1166565 1v1

# INDEX OF EXHIBITS

Exhibit 1 – Civil Minutes Trial and Judgment Dated October 17, 2011

Exhibit 2 – http://haasplus.com/index.html Website Print-Outs

Exhibit 3 – http://www.all-haas.com Website Print-Outs

Exhibit 4 – http://allhaas.ecomsolutions/net/forum/mesages.cfm?IDThread=1488 Website Print-Outs and Pornography Exemplars

Exhibit 5 – Summary Of Websites

Exhibit 6 – WhoIs Search Results

Exhibit 7 – Excerpts Of October 19, 2010 Deposition Of Brian Denny

Exhibit 8 – Complaint in Fadal Machining Centers, LLC, et al. v. Automated Solutions, Inc., et al. United States District Court for the Eastern District of Wisconsin, Milwaukee Division, Case No. 2:10-cv-0110-RTR and June 25, 2010 Cease And Desist Letter to Brian Denny

Exhibit 9 – Certificates Of Registration

Exhibit 10 – http://all-haas-com.securec24.exhostingserver.com Website Print-Outs

19

EXHIBIT 1

Case 2:09-cv-08336-CBM-PLA   Document 109   Filed 04/18/11   Page 1 of 1   Page ID #:2407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

Case No.        CV 09-8336-CBM(PLAx)                                    Date    April 18, 2011

Title:    Haas Automation, Inc. -v- Brian Denny, et al

Present: The Honorable   **CONSUELO B. MARSHALL, SENIOR UNITED STATE DISTRICT JUDGE**

|  |  |  |
|---|---|---|
| Rita Sanchez | | Sheri Klieger |
| *Deputy Clerk* | | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael Meeks | Steven Schossberger |
| Farah Bhatti | |

___ One day trial:   ___ Day Court Trial   Begun (1st day); ___   5th Day Jury Trial
___ The Jury is impaneled and sworn.                          Held & Continued; _X_   Completed by jury verdict/submitted to court.

___ Opening statements made by

___ Witnesses called, sworn and testified.            ___ Exhibits Identified      ___ Exhibits admitted.

___ Plaintiff(s) rest.                            ___ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).

_X_ Bailiff(s) sworn.            ___ Jury retires to deliberate.         ___ Court instructs jury.

_X_ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.   ___ Jury resumes deliberations.

_X_ Jury polled.                ___ Polling waived.

_X_ Filed Witness & Exhibit Lists     _X_ Filed jury notes.    _X_ Filed jury instructions.

___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted.       ___ Briefs to be filed by

___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

___ Case continued to ___ for further trial/further jury deliberation.

_X_ Other:   Plaintiff to file additional briefing by 4/25/11; opposition to be filed by 5/5/11. Hearing date to be determined.

                                                                        00 : 30
                                     Initials of Deputy Clerk    rs

cc:

CV-96 (10/08)                       CIVIL MINUTES - TRIAL                    Page 20  Exhibit



1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

HAAS AUTOMATION INC.,

PLAINTIFF,

V.

BRIAN DENNY, ET AL.,

DEFENDANTS.

No. 09-CV-8336 CBM(PLA)

JUDGMENT

16

17      It is hereby ORDERED, ADJUDGED AND DECREED:

18      That, in accordance with the jury verdict, judgment is entered in favor of

19  Plaintiff Haas Automation, Inc. ("Plaintiff") and against Defendant Brian Denny

20  on Plaintiffs' claim that Defendant Denny registered five domain names in

21  violation of the Anti-Cybersquatting Protection Act ("ACPA"), 15 U.S.C. §

22  1125(d). Plaintiff is awarded $5,000 in statutory damages against Defendant

23  Denny, which is $1,000 per domain name found by the jury to violate the ACPA;

24      That, in accordance with the jury verdict, judgment is entered in favor of

25  Defendant Denny and against Plaintiff on Plaintiffs' claim that Denny registered

26  the remaining ten domain names in violation of the ACPA;

27      That, in accordance with the jury verdict, judgment is entered in favor of

28

1

Page ___ 21 ___

Exhibit ___ 1 ___

1  Defendant CNCPros.net and against Plaintiff on Plaintiff's ACPA claim; and

2  That, pursuant to Plaintiff's motions to dismiss, judgment is entered in favor

3  of Defendant Automated Solutions, Inc. dba ASI Machine & Supply and against

4  Plaintiff on all claims;

5  That, pursuant to Plaintiff's motions to dismiss, judgment is entered in favor

6  of Defendants Denny and CNCPros.net and against Plaintiff on Plaintiff's claims

7  for Federal Trademark and Service Mark Infringement, False Designation in

8  Interstate Commerce, and Unfair Business Practices under Cal. Bus. & Prof. Code

9  § 17200;

10

11  That, pursuant to the Court's Order Granting in Part Defendants' Motion for

12  Summary Judgment, judge is entered in favor of all Defendants on Plaintiff's

13  claim under California's False Advertising Law, Cal. Bus. & Prof. Code § 17500.

14  **IT IS SO ORDERED.**

15

16  DATED:  October  17, 2011

17                                  CONSUELO B. MARSHALL
18                                  UNITED STATES DISTRICT JUDGE

2

Page \_\_\_\_ Exhibit \_\_\_\_

EXHIBIT 2



Page 23 Exhibit 2









EXHIBIT 3



Page 28 Exhibit 3

## Monthly Top Pics

| 2002 VMC6030 Infimatic | 1990 VMC40 Fanuc | 1988 VMC2216 Fanuc | 1989 VMC2016 Fanuc | 1986 VMC15 CNC88 |
|---|---|---|---|---|
| **2002 VMC6030 INFIMATIC** **$25,000** | **1990 VMC40 FANUC** **$1,500** | **1988 VMC2216 FANUC** **$6,000** | **1989 VMC2016 FANUC** **$0** | **1996 VMC15 CNC88** **$10,000** |

**1996 VMC4020FX CNC88HS** **$55,000**

**1996 CNC88HS VMC40** **$98,760**

Advertising | Advertiser Agreement | Privacy Policy | Terms of Use

Copyright © 2011 AllYearCNC, a division of CNCListing, LLC. All rights reserved.

Use of this website constitutes acceptance of the User Agreement and Privacy Policy

You are visitor # 1,661









Page 33 Exhibit 3

Page 34  Exhibit 3



Page 35 Exhibit 3

EXHIBIT 4



AllHaas Forums : Conference 1 : Forum 1_1 : black fucks white mom - Microsoft Internet Explorer provided by Buchalter Nemer

http://allhaas.ecomsolutions.net/forum/messages.cfm?IDThread=1488

File Edit View Favorites Tools Help Convert Select

AllHaas Forums : Conference 1 : Forum 1_1 : black fu...

Page Tools

AllHaas.com

Today Threads
Members List
Advertising with us

Home Buy Sell My Listings/Watches Forum Search Contact Us Log in

Home > Conference 1 > Forum 1_1 > black fucks white mom

NEW TOPIC REPLY 1

**Thread: black fucks white mom**

**Created on:** 12/15/11 11:48 AM **Replies:** 0

**Bubbelofluorb**

**Joined:** 12/12/11
**Posts:** 345

**black fucks white mom**
12/15/11 11:48 AM

celeb cartoon porn
ah me com porn
mexican pussy shaved
chinese girl fucked
milford high school studies rape
ultra paswords xxx
porn vid free download
big dicks gays
hardcore online game
find nude college girls
sucks cousins dick hentai
indian fuck movies
semen pictures xxx
jamie pressley nude pic
free sex fiction
teenfuns video download
nude chennai girls
older black woman fuck
laure manadou swimmer nude
sapphire club lesbian
book felixxx guest ru
angela basset nude
fuck mu big boob clips
i myself nude shot
long psp porn
anna nicole smith hardcore sex
getting fucked hard in the pussy
teen girl viet
breast nude tit
anal hot sex woman
fuck latina mature
naughty brunette lesbians
brianna frost first xxx video
fucking gay man pet thir
18 and under porn
sitemap
nude pictures of debbie does dallas
bigtimegals com youngporn
boobs getin fucked
3 lesbians making out
young nude butt

Internet 90%

Page 36 Exhibit 4

AllHaas Forums : Conference 1 : Forum 1_1 : black fucks white mom - Microsoft Internet Explorer provided by Buchalter Nemer

http://allhaas.ecomsolutions.net/forum/messages.cfm?IDThread=1488

File Edit View Favorites Tools Help Convert Select

AllHaas Forums : Conference 1 : Forum 1_1 : black fu...

angela basset nude
fuck mu big boob clips
i myself nude shot
long psp porn
anna nicole smith hardcore sex
getting fucked hard in the pussy
teen girl viet
breast nude tit
anal hot sex woman
fuck latina mature
naughty brunette lesbians
brianna frost first xxx video
fucking gay man pet thir
18 and under porn
sitemap
nude pictures of debbie does dallas
bigtimegals com youngporn
boobs getin fucked
3 lesbians making out
young nude butt
adult california diego provider san service
step sister fucked
cum fuck slut
free xxx picture gallery thumbnail
mom gives son a blowjob video
free sex videos for mobile
wild squirting pussy
stock photo high res nudes
chinese girl fucked
soft core porn story
hard mature porn
young mexican pussy
hunky nude men in black fishnet breifs
amateur film holiday sex
sex college videos
milf hunter daily gallery
bbw boob juicy
hot nude video woman
galeria gratis de video de sexo

[Edit Post]

Link | Top | Bottom

NEW TOPIC REPLY 1

**New Post**

Please login to post a response.

Advertiser Agreement | Privacy Policy | Terms of Use

Copyright © 2011 AllHaas.com, a division of CNCListing, LLC. All rights reserved.

Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy

Internet 90%

Page 37 Exhibit 4

Sex college videos - brunette fuck group, nude wife galery, sexy skirt, videos

Page 1 of 11

Page ___ 39 ___ Exhibit ___ 4 ___

## Sex college videos

Sex college videos : autumn fucking martin pleased ricky, philipino amateur porn trailers: gratis porn situs, kendra wilkinson nude.



188 views
"polish gallery porn" "free porn vids down loads" "pink power ranger porn"



116 views
"giant hardcore tit" "deep pussy throat" "sluts whores mature hairy bbw"



446 views
"nuded paint painted" "celebrity older sexy woman" "amature sex on a table video"

gallery image nude, teen any videos, amateur video sharing, gift sexy woman, nude bollywood heroines. See it on the following picture:





GGCASH.EU

playstation nude cheats, college student fuck teacher, bizarre down picture sex, daily free movie porn star, ded lesbian rental. See it on the following pictures:







EXHIBIT 5

**EXHIBIT 5**

1. *haasballscrews.com*
2. *haascables.com*
3. *haascovers.com*
4. *haasmotors.com*
5. *haasrotaries.com*
6. *haasservos.com*
7. *haasspindles.com*
8. *haassupport.com*
9. *haashelp.com*
10. *haasdeals.com*
11. *haasbearings.com*
12. *haasinverters.com*
13. *haaslubrication.com*
14. *haasmonitors.com*
15. *haaspowersupplies.com*
16. *haaspumps.com*
17. *haasvalves.com*
18. *haasrentals.com*
19. *haasmillparts.com*
20. *haaslatheparts.com*
21. *allhaas.com*
22. *haasplus.com*
23. *all-haas.com*
24. *allhaas.ecomsolutions.net*

BN 11608232v1

Page _____

Exhibit 5