UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-4779 CBM PLAx | Date | July 1, 2014 |
| Title | *Haas Automation, Inc. v. Denny, et al.* | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES
**ORDER RULING ON PLAINTIFF'S EVIDENTIARY OBJECTIONS**

Plaintiff has objected to evidence submitted by Defendants in connection with the trial in this matter. (Docket No. 173.) The Court sustains Plaintiff's objections to paragraphs 29, 47, and 48 of the February 24, 2014 Declaration of Brian Denny. All three of these paragraphs contain inadmissible legal opinions. Fed. R. Evid. 701; *United States v. Crawford*, 239 F.3d 1086, 1091 (9th Cir. 2001). All other objections are overruled.

**IT IS SO ORDERED.**