UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN DENNY, an individual, ASI MACHINE AND SUPPLY, an unknown entity, CNCPROS.NET, Inc., an Idaho Corporation, and AUTOMATED SOLUTIONS, INC., an Idaho Corporation, CNCListings, LLC, an Idaho Corporation, FHD INTERNATIONAL, LLC, an Idaho limited liability company and DOES 1-10, inclusive.<br>Defendants. | CASE NO. 2:12-CV-04779 (CBM)(PLAx)<br><br>**PERMANENT INJUNCTION** |

Consistent with the Court's July 1, 2014 Findings of Fact and Conclusions of Law (Docket No. 174), the Court hereby enters a permanent injunction in this matter.

Defendants and their agents, principals, partners, attorneys, servants, employees, representatives, successors-in-interest, and all other persons, firms or entities acting in concert, with or for them, or participating with any Defendant, directly or indirectly, are hereby permanently enjoined from:

(a) Registering, trafficking in, owning, controlling, maintaining, or using

1

1  any domain name or subdomain name that incorporates the trademarks Haas, Haas
2  Automation, HFO or Haas Factory Outlet, as well as any domain name that is
3  confusingly similar to those trademarks; and
4      (b) Assisting, aiding or abetting any other person or business entity in
5  engaging in or performing any of the activities referred to in paragraph (a); and
6      (c) Effecting assignments or transfers, forming new entities or associations
7  or utilizing any other device for the purpose of circumventing or otherwise
8  avoiding the prohibitions set forth above.
9      (d) In addition, such Defendants and each of them and those acting jointly
10 or in concert with any of them, are hereby permanently enjoined from describing
11 themselves as or referencing any affiliation to any domain name or subdomain
12 name which incorporates the trademarks Haas, Haas Automation, HFO or Haas
13 Factory Outlet, as well as any domain name or subdomain name that is
14 confusingly similar to those trademarks.

**IT IS SO ORDERED.**

DATED: July 1, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge