# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN DENNY, an individual, ASI MACHINE AND SUPPLY, an unknown entity, CNCPROS.NET, Inc., an Idaho Corporation, and AUTOMATED SOLUTIONS, INC., an Idaho Corporation, CNCListings, LLC, an Idaho Corporation, FHD INTERNATIONAL, LLC, an Idaho limited liability company and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO. 2:12-CV-04779 (CBM)(PLAx) <br><br> **JUDGMENT** |

The above-entitled action was tried before the Honorable Consuelo B. Marshall, United States District Judge, on the basis of trial briefs and evidence pursuant to the parties' January 8, 2014 stipulation.  (*See* Docket Nos. 156, 157.) Consistent with the Court's July 1, 2014 Findings of Fact and Conclusions of Law and the Court's December 4, 2013 Order ruling on the parties' summary judgment motions (Docket Nos. 150, 174), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Haas Automation, Inc. on its First Claim for Relief in the amount of $755,000 against Defendants Brian Denny,

CNCPros.net, Inc., Automated Solutions, Inc., CNCListings, LLC, and FHD International, LLC.

Any application to tax costs or motion for attorney's fees must be filed pursuant to the Local Rules.

DATED: July 1, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

CC: FISCAL

2